LOUIS SALEM
1219 Silverado Trail
Napa, CA 94559
(707) 225-2235
louissalem1@yahoo.com

Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SALEM,<br><br>                            Plaintiff,<br><br>v.<br><br>CITY OF NAPA,<br><br>                            Defendant. | Case No.: CV 12 1672 M-EJ<br><br>**STIPULATION FOR**<br>**EX PARTE ORDER CONTINUING**<br>**HEARING ON DEFENDANT'S**<br>**MOTION TO DISMISS COMPLAINT** |

LOUIS SALEM, Plaintiff herein, appearing In Pro Per, and the City of Napa, Defendant, appearing by its Attorney, David C. Jones, hereby stipulate and agree that the current May 31, 2012 hearing date may be vacated, and that the matter may be heard on July 5, 2012, or thereafter, at the convenience of the Court. Opposition and reply submissions shall be due 21 and 14 days prior to the hearing, as required by ~~local rule.~~

Dated: May 8, 2012

_____
LOUIS SALEM
Plaintiff in Propria Persona

Dated: May 8, 2012

_____
DAVID JONES, Deputy City Attorney
City of Napa

SALEM v. CITY OF NAPA - Case No. CV 12 1672
Stipulation for Ex Parte Order
Continuing Hearing

1

## ORDER

Pursuant to stipulation, the hearing on the City's Motion to Dismiss, currently set for May 31, 2012, is vacated. The Motion shall be heard on July 5, 2012 at 10:00 a.m. Opposition and reply submissions shall be due 21 and 14 days prior to the hearing, as required by local rule.

**IT IS SO ORDERED.**

Dated: ___May 11, 2012___

_____
Honorable Maria-Elena James
United States Magistrate Judge

*SALEM v. CITY OF NAPA - Case No. CV 12 1672*
Stipulation for Ex Parte Order
Continuing Hearing

2