# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| LOUIS SALEM, | No. C 12-1672 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF NAPA, | |
| Defendant. | |
| _____/ | |

On April 26, 2012, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of May 31, 2012. Dkt. No. 6. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the currently-scheduled July 5 hearing and ORDERS Plaintiff Louis Salem to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 12, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on July 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOUIS SALEM,

        Plaintiff(s),

  v.

NAPA CITY OF,

        Defendant(s).

                                No. C 12-01672 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Salem
1219 Silverado Trail
Napa, CA 94559

Dated: June 26, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

2