1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14    LOUIS SALEM,                          )
                                            )
15              Plaintiff,                  )   Case No.:  CV 12 1672 - MEJ
                                            )
16        vs.                               )   [proposed] ORDER RE DISMISSAL
                                            )
17    CITY OF NAPA,                         )
                                            )
18              Defendant.                  )
                                            )
19    _____      )

20        Pursuant to the stipulation of the parties, this matter is dismissed with prejudice. The

21    parties shall bear their own attorney's fees and costs.

22

23        SO ORDERED.

24

25    Dated:   July 13, 2012
             _____         _____

26                                        United States Magistrate Judge

27

28

-1-

[proposed] ORDER RE DISMISSAL                                          CV 12 1672