UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SALEM, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF NAPA, <br><br> Defendant. | Case No.: CV 12 1672 - MEJ <br><br> [proposed] ORDER RE DISMISSAL |

Pursuant to the stipulation of the parties, this matter is dismissed with prejudice. The parties shall bear their own attorney's fees and costs.

SO ORDERED.

Dated: July 13, 2012

_____
United States Magistrate Judge